Officer's Name: Print and Signature / Date

CASE NO. MCIH 0720-11

**EXHIBIT A**

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

WARDEN'S OFFICE Received NOV 14 '11 Pg 1 of 2 MCI

TO: ☐ Warden of Institution

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Young / Michael / P / 362612 / MCI-H
Last Name / First Name / Middle Initial / DOC Number / Institution

Housing Location: AHU-C-15   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☐

## Part A – INMATE REQUEST

At Approx. 9:55 PM on 11-10-11 I was told by Officer A. Haines COI "To get off the phone because my time was up." I then stated, "that I have Five more mints. And will get off then, because I did not get on phone untill 9:30 PM. Officer Haines stood there and became argumentative. I then stated to Officer Haines that I was trying to finish my conversation and that she was interrupting my phone call by talking to me. Officer Haines then left the grill

11-11-11 Date

Signature of Inmate

## Part B – RESPONSE

Date

Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

## Part C – RECEIPT   Case No MCIH 0720-11

RETURN TO: Young / Michael / / 362612 / A C-15
Last Name / First Name / Middle Initial / DOC Number / Institution

I acknowledge receipt of your complaint dated 11-11-11 in regard to: Dismissed for procedural reasons Final per DCD 185-002.VI.B.3. Inmates may not seek relief through the Administrative Remedy Procedure on Disciplinary hearing procedures and decisions.

11-16-11       M. Reid, CCMSII/IARC
Date            Institutional ARP Coordinator

WARDEN'S OFFICE Received NOV 14 '11 MCI

Original: White   Institutional ARP Coordinator
Copy:    Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

(7/8) cc 11/12/11
Pg 2 of 2

(MCI-H ARP 0720-11)

### Part A (Continued) – INMATE REQUEST

And 2 mins. later Sgt. G. Wynkoop comes charging to the Grill yelling at me to "Hang the Phone up Now" I then stated "that I have only a few mins left." Sgt Wynkoop then reaches through the grill in a very aggressive threating manner with his left hand up near my face, and any normal reaction would be to protect oneself when a hand is coming to your face in which I did by just blocking his forward progress with my right hand not knowing his reasons for reaching through the grill other than to bring me bodily harm. Sgt. Wynkoop then grabs hold onto my left hand in which the Phone was being held and begin to twist my wrist trying to get the phone free. I then pulled my arm free and he cont. to reach around the wall and hang the phone up with his hand while still having his arm through the grill. Lt. Smith then opened the grill and asked me to "step off the Tier" in which I did. At this time Sgt. Wynkoop is still yelling at me in a very aggressive manner and pointing his finger in my face and stated that since I did not get off the phone when asked that I would lose my phone privilege for the rest of the week I then ask "that he please do not point his finger in my face" at which time he points his finger again and Lt Smith asked me to get against the wall and place cuffs on me. At no time did I resist.
I would like to place charges against Sgt. G. Wynkoop for assault

Let me also state for the record that I am Bipolar and suffer from a bad case of paranoia and by Sgt. Wynkoop reaching through the grill towards my face I thought he was going to bring me bodily harm I take meds for my conditions you can check my medical records once again I want to press charges on Sgt. Wynkoop for assault.

11-11-11   Michael Young   3627612
Date   Inmate's Name: Print and Signature   DOC#
Received
NOV 14 '11
MCI