"EXHIBIT B"
Case 1:13-cv-01408-ELH   Document 1-2   Filed 05/13/13   Page 1 of 1

| Department of Public Safety & Correctional Services | PAGE 4 OF 6 |
| Internal Investigative Unit | 1. COMPLAINT CONTROL NO. |
| **Continuation Sheet** | CIR 1 2 3 5 0 0 1 3 6 |

NARRATIVE
ITEM NO.

**ACTION TAKEN CONTINUED:**

Correctional Officer II Shane R. BOGGS and Correctional Officer II Ronald E. MILLS reported that they had witnessed Inmate Michael P. YOUNG #362612 assault Correctional Officer II Joshua R. SNYDER.

This concluded my review of the Institutional Reports regarding this incident.

On 02-02-12 at approximately 1047 hours, I contacted Correctional Officer II Joshua R. SNYDER at his residence.

When asked, Officer SNYDER confirmed that the information in his report was an accurate depiction of the events which had occurred on 02-01-12.

In additional to the information in his report, Officer SNYDER advised that he was able to defend himself by punching Inmate YOUNG in his face and head.

When questioned, Officer SNYDER advised that he was willing to pursue criminal charges against Inmate YOUNG.

According to the OBSCIS Alerts and OBSCIS II Classification Data Inmate Michael P. YOUNG #362612 is not a validated member of a Security Threat Group. Inmate YOUNG was a client of Parole and Probation, but he was not enrolled in the Violence Prevention Initiative (VPI) program. (SEE EXHIBIT #2)

On 02-02-12 at approximately 1340 hours, I arrived at the District Court Commissioner's Office for Washington County located at 36 West Antietam Street in Hagerstown, Washington County, Maryland 21740-4867 where I submitted an Application for Statement of Charges against Inmate Michael P. YOUNG #362612. (SEE EXHIBIT #3)

On 02-02-12 at approximately 2023 hours, District Court Commissioner, Nikki ELLIOTT issued a Criminal Summons for Inmate Michael P. YOUNG #362612 which charged him with the following. (SEE EXHIBIT #3)

- **CR 3 210 Assault Second Degree/DOC Employee Etc.**

On 02-03-12 at approximately 1100 hours, I arrived at the North Branch Correctional Institution (NBCI) located at 14100 McMullen Highway SW in Cumberland, Allegany County, Maryland 21502.

| Initial Investigator: Det./Sgt. Scott Peterson | IBM #: #0409 | Date: 2/7/12 |