# FIRM Incident Report

*EXHIBIT C*

| Facility | Shift | Incident Date | Incident Time |
|---|---|---|---|
| MCIH | 8-4 | 2/1/2012 | 9:00 AM |

**Ref Num**
SIR 12-012, UOF 12-005, IIU 12-35-00136

**Measurement**
Less Serious Physical Assault Inmate on Staff

| Assailants | Victims | Location |
|---|---|---|
| 1 | 1 | |

| Appended | By | Approved By | Reviewed By | Locked By |
|---|---|---|---|---|
| 2/1/2012 | millerif | millerif | | |

**Summary**

On 2-1-2012, at 9:00 a.m. Joshua Snyder COII was assigned to handcuff and remove segregation Inmate Michael Young 362612 from MCI-H cell AHC-15A for a dental pass. Preliminary testimony indicates as the cell door opened Inmate Young had escaped the handcuffs and physically assaulted Officer Snyder by striking him in the face with closed fists. Staff assigned in the area called a signal 10-13 for additional support in the unit. As a result physical force was needed and pepper spray was used to gain control of Inmate Young and reapply handcuffs. Officer Snyder was removed from the area with assistance of staff and offered medical treatment at Health at Works in Hagerstown. Inmate Young was escorted separately to the medical department at MCI-H for an evaluation by medical staff. The unit was secured as an investigation was initiated following the incident. MCI-H Investigative office interviewed Inmate Young as he is pending transfer to NBCI. Additionally, Cole Young COII and Wesley Unger COII reported possible blood exposure, pepper spray and related injuries received an evaluation at Health at Works following the physical assault on Officer Snyder. Shane Boggs COII reported exposure to pepper spray and received basic first aid at MCI-H. Inmate Young was treated at MCI-H for exposure to pepper spray and received 5 staples for a laceration on the back of his head. The head injury is consistent with the use of force reports pushing Inmate Young to the concrete floor reapplying restraints. Proper notification occurred as indicated on the cover sheet of this report. IIU assigned case # 12-35-00136. UOF # MCI-H 12-005 detail the force reported by staff to control Inmate Young. Lt. C. Williams of MCI-H was assigned to investigate the use of force. Based on a complete review, force was needed and applied in the appropriate measure. Inmate Young was transported to NBCI on 2-1-12 without incident. A firm was completed and attached to the SIR packet.

**Involved Staff**

| First | Last | Gender | Age | Race | Classification | Yrs Service | Involvement |
|---|---|---|---|---|---|---|---|
| Shane | Boggs | M | 24 | W | COII | 5 | Responder |
| Ronald | Mills | M | 44 | W | COII | 4 | Responder |
| Joshua | Snyder | M | 27 | W | COII | 5 | Victim |
| Steven | Thomas | M | 46 | W | COII | 16 | Responder |
| Cole | Young | M | 26 | W | COII | 5 | Responder |
| Wesley | Unger | M | | W | | | |

*[handwritten margin notes: "Concrete floor / Will not give / Me or staff / that require / 5 staples"]*

Thursday, February 02, 2012