SITE: **MCIH**
COMPLETED BY: Chrisine McLaughlin, RN   02/01/2012 9:00 AM
Patient Name: MICHAEL YOUNG
IDOC#: 362612
DOB: 09/26/1975

"EXHIBIT D"

**Patient presenting with chief complaint(s)of: altercation.**

### Vital Signs:

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/2012 | 9:12 AM | 98.8 | 78 | regular | 24 | | 158/88 | 98 | |

### MISCELLANEOUS AND OTHER COMPLAINTS

**Subjective:**
Date of Onset: 02/01/2012.
Associated symptoms: Inmate arrived ambulatory accompanied by custody officers S/P Altercation
Result of injury? Yes.

**Objective:**
Physical Examination Findings
Inmate noted to have been maced and to have a laceration 3.4X0.2cm. to the back of his head. Emily Staub here. Wound cleanse and eye care given (encouraged to keep blinking). Wound stapled by E Staub PA. Tetenus given per order. Five staples noted.
Inmate then escorted to housing ambulatory accompanied by custody officers

**Assessment:**
Alteration in Comfort R/T Laceration and Mace

**Plan:**
**MEDICATIONS**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Tetanus Diphtheria Toxoids | 2-2If/0.5 | ***See desc | 02/01/2012 | 02/01/2012 |
| Indomethacin | 25 Mg | Cap 1 PO TID | 01/09/2012 | 02/09/2012 |
| Prilosec | 20 Mg | 1 PO QD | 12/06/2011 | 04/06/2012 |
| Zestril | 10 Mg | take 1 tab po qd | 12/06/2011 | 04/06/2012 |
| Lithium Carbonate | 300 Mg | 1 PO QAM/2 QHS | 11/09/2011 | 03/09/2012 |
| Diphenhydramine Hcl | 50 Mg | 2 PO HS | 11/09/2011 | 03/09/2012 |
| Risperdal | 2 Mg | 2 PO HS | 11/09/2011 | 03/09/2012 |

**ORDERS**

*CMcLaughlin RN*
*2/1/12*

, MICHAEL   09/26/1975   1 / 2