Officer's Name: Print and Signature                                    Date

CASE NO. NBCI-0782-13

**RECEIVED**
MAR 28 2013
ARP
N.B.C.I.
CUMBERLAND

## MARYLAND DIVISION OF CORRECTION
### REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

EXHIBIT F

BW

TO: ☑ Warden of Institution

Emergency Request: ☐ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Young / Michael / P / 362-612 / NBCI
         Last Name / First Name / Middle Initial / DOC Number / Institution

Housing Location 1-B-26    Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☑

### Part A – INMATE REQUEST

I would like to press charges and file a civil lawsuit for sexual harassment against officer M. Cady CO II. Since Oct 6, 2012 I have been getting visits every weekend and when officer Cady would work the visiting room he would make sexual advancements towards me while conducting the strip search. The very first time he strip searched me Oct. 6, 2012 when he asked me to remove my boxers and hand them to him he stopped and stared at my genitals and said "Nice Package". I responded by saying I do not swing in that direction plus as you can see I'm a

"SEE ATTACHED"

3-24-13   Date                                                           Signature of Inmate

### Part B – RESPONSE

Date                                                                     Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT                             Case No. NBCI-0782-13

RETURN TO: Young, Michael / 362-612 / 1-B-26-13
           Last Name, First Name, Middle Initial / DOC Number / Institution

I acknowledge receipt of your complaint dated 3-27-13 in regard to: Harrassment by Staff

Dismissed for procedural reasons: Final per DCD 185-002 VI.L.3
Your request was not received within the established timeframe

3-28-13
Date                                                                     Institutional ARP Coordinator

Dismissed for procedural reasons: Final per DCD 185-002 VI.B.3
Inmates may not seek relief through the Administrative Remedy Procedure regarding
Disciplinary hearing procedures and decisions.

Original: White   Institutional ARP Coordinator
Copy:     Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

**Part A (Continued) – INMATE REQUEST**

Happly married man. I Did not cause A big Fuss Because This was my First Vist in 11 months. So I called my wife so That she could Document The Incident. The Following week OCT 13, 2012 He's working the visiting Room again. Once the vist is over officer CADY makes sure Hes the one to Strip Search me. Once I start Taking my Clothes off Officer CADY Says "Your Children Are beautiful, you must Really now How to work That Big Package" Once Again I Try to Ignore The Sexual Advancements And Feel myself start to shake from Rage And I Asked Him "to Please keep His Comments to Hisself I Feel very Disrespected"! Officer CADY Ignores my Comment And Says "Just Stroke it A Few Times And Next week I will give you extra Time on your Vist" I went BACK And Called my wife to Document The Incident And Talk it out with Her She Tells me to Ignore Him As Long As He Does not Touch you Because you know They will Try to take your Vists Again. So As Time goes By Each Time officer CADY would work The visting Room At The Front Desk Where the vistors Enter At He would Sit And stare At us with Lust in His Eyes And my wife would Ask "why is He Just Staring At us like That? This very Speday." The LAst Few months officer CADY would be working The Front Desk or He would be Down Front where the vistors Have to go through the metal Detector. My wife Told me While officer CADY Has worked out Front He Has made Little Degrading Comments to Her. Like one time She wore two Belts, one For Fashion, one to keep Her pants up. So officer CADY makes Her take Both Belts off Before going through the metal Detector And Asks Her Questions Do you tie your Husband up with This one? or Do you Beat Him with This one? My Wife Tells Him He's otta Line with Those Questions And will Report Him IF They Do not stop. She Comes on the Vist very upset And Humiliated And wants to speak with A Person in Charge. I Calm Her And tell Her to think About What we could lose. Our Vists!

| 3-24-13 | Michael P. Young Jr. | 342412 |
|---|---|---|
| Date | Inmate's Name: Print and Signature | DOC# |

"SEE ATTACHED"

## Part A (Continued) – INMATE REQUEST

On the date of March 23, 2013 I was placed in a Non-Contact Booth Because I had surgery done by having a Cyst Removed from my TailBone And I cannot sit down. I was placed in the Non-Contact Booth at 4:05 AM once I greeted my wife and gave her a hug. Officer Cady is working the Front Desk where the visitors come in and have to look at the stamp on hand and look in their mouth. 30 mins into my visit I have been standing the whole time or bent over the desk And I have a Bad Habit of shaking my legs in any and all situation (standing or sitting) Officer Cady Appears at the Door behind me while my Back is turned He Bangs on the Door And asks me "What am I doing? So I look over my shoulder And ask back "What do you mean what am I doing?" Officer Cady then tells me in a direct order way "to turn around and face him" So I do, Officer Cady looks at me then to my wife And says "Thats what I Thought" And walks away. 30 sec's later He appears at my wifes side And tells her "the visit is over leave now" my wife asks "why" Officer Cady says "Leave Now"! Me or my wife did not know why our visit was ended And I did not know until I was in handcuffs down H.U.1 And I recived a Ticket for a Rule 119 Officer Cady states He "seen me Stroking my erect Penis" I ask How could He see me Stroking if my back is turned And Im a wide man 250 pounds. The Camera Footage should and will show that officer Cady is in fact Lieing and Abusing his authority. If officer Cady was working the Front Desk Checking the visitors in why would He be making security rounds when there were 3 officers on the inmate side. This is clearly a case of officer Cady being very vindictive And chose to humiliate me And my wife Because I would not respond to his sexual advancements. This is also clear case of violation of my 8th Amendment. And I demand Action be taken against this officer!!

3-24-13                Michael P. Young Jr.            362412
Date                   Inmate's Name: Print and Signature      DOC#