Appendix 3 to DCD 185-002

**EXHIBIT G**

Officer's Name: Print and Signature: N.K. Ballumcos / N.K. Ballumcos
Date: 4-9-13

CASE NO. NBCI-0903-13

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY

**RECEIVED APR 9 2013**

(Instructions for completing this form are on the back)

ARP
N.B.C.I.
CUMBERLAND

TO: ☐ Warden of Institution

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Young / Michael / P / 362612 / NBCI
Last Name / First Name / Middle Initial / DOC Number / Institution

Housing Location: 1-B-26  Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☑

### Part A – INMATE REQUEST

(7/11 shift)
On the date of April 5, 2013 I placed an ARP in placing a complaint against Officer Engelson. In this ARP I explained how I was in fear for my life! And asked that this officer not be able to escort me anywhere, come to my cell for any reasons at all. Fri April 5, 2013 (3/11 shift) Officer Engelson open my slot at feed up time and at medication time. Sat April 6, 2013

Date: 4-7-13      "SEE ATTACHED"      Signature of Inmate

### Part B – RESPONSE

Date / Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT

Case No. NBCI-0903-13

RETURN TO: Young, Michael / 362-612 / 1-B-26-B
Last Name / First Name / Middle Initial / DOC Number / Institution

I acknowledge receipt of your complaint dated 4-9-13 in regard to: Staff Complaint

☐ Dismissed for procedural reasons: Pending Resubmission per DCD 185-002 VI.L.9
☑ Additional information is needed to investigate your request. Please resubmit by 4-24-13 and include the following information:

Why are you in Fear? Has this officer ever assaulted you or given you a reason to be scared? Explain in Detail.

Date: 4-9-13      Institutional ARP Coordinator: Ballcros

Original: White – Institutional ARP Coordinator
Copy: Canary – Inmate

DOC Form 185-002c (Rev. 7/08)

## Part A (Continued) – INMATE REQUEST

Officer Eagelson once Again open my Slot At Feed up Time (4:00 PM). Then Officer Eagelson Tried to Escort me to get my Bandage Changed / Blood Press. Checked. I explain to Him I Did Not want Him to Escort me Anywhere And to get Another officer. (This was At 6:45 PM) When the other officer Came I Refused, Because I Am Afraid If I leave out the Cell I will End up with An Assault Charge or A Disrespect Charge or Something of That Nature Because Hes (Officer Eagelson) is out To get me. And Yes the Charge will be Fabricated. And I'm Trying to Stop it before it Happens. I Did not go get my Bandage Changed or my Blood Pressure Checked, Because I'm in Fear. At 7:25 PM He opens my slot For meds. At 8:07 PM He (Officer Eagelson) went into Mr. Arthur Phillips Cell And Tore His Cell Apart in A Alleged shake Down. Mr. Arthur Phillips is a witness on my ARP. This is The same thing That Took Place Down MCI-H (Feb. 2012) And (on Lock-up) is why I'm in this Institution Because An officer Came to my cell to Escort me On A So Called Medical Pass, opens my Door with No Handcuffs, And I End up in NBCI with A Staff Assault! All Because I wanted to Press Charges on A Sgt Wynkoop. And That's the main Reason I Fear For my life is because when Officer Eagelson Threaten me, He mention "one of the officers Down MCI-H was a Good Friend of His". But It seems my Emergency Request And Being in Fear For my life means Nothing". Its ok Because I'm Just Having Everything on Record This Time Just in Case something Does Happen! And Where going to see how People in Head Qs, IIU, And State Police React to my Emergency Request.

4-7-13
Date

Michael P Young JR
Inmate's Name: Print and Signature

DOC# 362412

Once Again Camera Footage Shows / Tells ALL!

DOC Form 185-002C1