Officer's Name: Print and Signature _____ 11/8/12 Date

EXHIBIT H

CASE NO. NBCI-3192-12

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

**RECEIVED**
DEC 4 2012
A.R.P.
N.B.C.I.
CUMBERLAND

TO: ☑ Warden of Institution

Emergency Request: ☐ Check only if your complaint poses a continued threat to your health, safety, or welfare

FROM: Young   Michael   P   362612   NBCI
       Last Name   First Name   Middle Initial   DOC Number   Institution

Housing Location  3-B-14   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☐

### Part A – INMATE REQUEST

I Am Having an ongoing Issue with Reciving my mail. on Aug 30th 2012 my wife Sent me $50.00 Through Reg. mail I Did Not Recive the mail until Sept. 13 2012 (2 weeks later) I Then Had my wife send my money certified mail which comes Through legal mail And it takes 2 Days To Recive. Just once

12-1-12   "SEE ATTACHED"
Date                                  Signature of Inmate

### Part B – RESPONSE

Our review of your administrative remedy has been completed and your case has been dismissed in accordance with DCD 185-001. Specifically, your complaint is in regards to receiving your certified mail in a timely fashion. An investigation revealed that this item was submitted around the Thanksgiving holiday. Therefore, you have to reasonably expect the mail to be late during that holiday schedule. Furthermore, if a certified letter is signed for, it does not automatically go to the mailroom on that day, it may first go to the warehouse to be x-rayed for security examination. In all, proper mailroom procedures were indeed followed in accordance to DCD 250-1. It is advised that you talk to your Housing Unit Manager/Lieutenant about any additional questions regarding this matter. Your administrative remedy allegations are without merit.

12/7/12                          Bobby P. Shearin
Date                              Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT

Case No. NBCI-3192-12

RETURN TO: Young, Michael   362612   HU3-B-14B
           Last Name   First Name   Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated 12-3-2012 in regard to: Certified mail

12-4-2012                        Scott Coxe
Date                             Institutional ARP Coordinator

Original: White   Institutional ARP Coordinator
Copy:     Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

**Part A (Continued) – INMATE REQUEST**

It comes to the Jail I Am to Recive it within the same Day, (No later Then the Following.) Also my wife pays $5.75 Each Time, sending the mail Certified (Cert.). The First Few Times I Had No Trouble in Reciving my (Cert.) money mail in 2 days. But The Last 2 Times I Did not Recive it until 7 days later. I Had $25.00 sent out Nov. 9 2012 Did not Recive it until Nov 16, 2012. Then $75.00 was sent Nov 23, 2012 I Did not Recive it until Nov 30, 2012. This is truly unreasonable And Needs To be addressed ASAP. The Reason For getting my money sent certified is so I will not go through the Hassle of Reciving my money late. my wife is paying a Fee ($5.75) with which I'm supposed to Recived my mail my in A Timely Fashion And I Am not. And when she calls To see where it is At And Why I have not Recivd my my mail (Mailroom) They lie And say they Do not see it And Then will send it To me within that same day. I Expect For $11.50 To be Refunded to me or my wife And To Recive my mail in the way I supposed to Recive it By LAW. This Falls under Federal Tampering with The mail which is Against the LAW!

12-1-12     Michael P. Young     362612
Date     Inmate's Name: Print and Signature     DOC#